UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

                Plaintiff,

v.                                                Case No. 16-cv-1697-pp

APPROXIMATELY $7,480.00 IN UNITED
STATES CURRENCY,

                Defendant.

---

**ORDER GRANTING PLAINITFF'S MOTION FOR DEFAULT JUDGMENT (DKT. NO. 14)**

---

        On December 22, 2016, plaintiff United States of America filed a verified complaint for civil forfeiture *in rem* against the defendant property, approximately $7,480.00 in United States Currency. Dkt. No. 1. That same day, the plaintiff filed a Notice of the Complaint for Civil Forfeiture of Property and served (together with a copy of the verified complaint) the potential claimants, Ruben Saez-Lopez and Andrea Castillo-Velez, via certified mail. These notices informed the potential claimants that they must file a claim to the defendant property within thirty-five days of the date of the notice.

        The plaintiff sent multiple letters to the potential claimants, offering extensions of time to file their claims. The last offer extended time until June 5, 2017. No potential claimants filed a claim against the defendant property by that date, and on June 15, 2017, the Clerk of Court for the Eastern District of Wisconsin entered default as to the defendant property. The plaintiff moved for default judgment under Federal Rule of Civil Procedure 55. Dkt. No. 14.

1

The court finds that no potential claimant timely filed a verified claim to the defendant property, and that the time to file a claim as to the defendant property has expired.

The court **GRANTS** the plaintiff's motion for default judgment. Dkt. No. 14. The court **ORDERS** the defendant property, approximately $7,480.00 in United States currency, is **FORFEITED** to the United States of America, and **ORDERS** that no right, title, or interest in the defendant property shall exist in any other party. The court **ORDERS** the United States Marshals Service for the Eastern District of Wisconsin or its duly authorized agent shall seize the defendant property and dispose of it according to law.

Dated in Milwaukee, Wisconsin this 22nd day of June, 2017.

**BY THE COURT:**

**HON. PAMELA PEPPER**
**United States District Judge**